AO 442 (Rev. 11/11) Arrest Warrant | USDC IN/ND case 1:22-cr-00032-HAB-SLC   document 40 (Court only)   filed 01/04/23   page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| United States of America | ) |
| v. | ) |
| | ) Case No. 1:22-CR-00032 |
| | ) |
| | ) |
| | ) |
| LISA A. DOWNEY | ) |
| *Defendant* | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   LISA A. DOWNEY,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☒ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Violation of Conditions of Pretrial Release:

Condition 7(o): Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C § 802, unless prescribed by a licensed medical practitioner.

Date: 01/04/2023

s/Gary T. Bell
*Issuing officer's signature*

City and state: Fort Wayne, IN

Gary T. Bell, Clerk (mrm)
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/12/2023, and the person was arrested on *(date)* 01/17/2023
at *(city and state)* Covington VA.

Date: 01/17/2023

JONATHAN CRIGGER   Digitally signed by JONATHAN CRIGGER
Date: 2023.01.17 11:17:58 -05'00'
*Arresting officer's signature*

J Crigger DUSM
*Printed name and title*

Case 7:23-mj-00009-RSB   Document 1   Filed 01/17/23   Page 2 of 3   Pageid#: 2
USDC IN/ND case 1:22-cr-00032-HAB-SLC   document 39 (Court only)   filed 01/04/23   page 1 of 2

INN – PS 8 - W
Rev. 04/12

# UNITED STATES DISTRICT COURT
## For
## Northern District of Indiana

U.S.A. vs   Lisa A Downey                             Docket No.   1:22CR00032-001

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW STACI RILEY PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Lisa A Downey. Ms. Downey was arrested in the Western District of Virginia and placed under pretrial release supervision by the Honorable Judge Robert S. Ballou on June 17, 2022.  The defendant appeared in court on June 23, 2022 before the Honorable Judge Susan L. Collins sitting in the Northern District Court  in Fort Wayne and continued on released as previously ordered in the Western District of Virginia.

    The defendant is alleged to have violated the following condition(s):

**Condition 7(o): Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C § 802, unless prescribed by a licensed medical practitioner.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF THE COURT FOR CAUSE AS FOLLOWS:
*(If short insert here; if lengthy write on separate sheet and attach)*

**Condition 7(o): Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C § 802, unless prescribed by a licensed medical practitioner.**
On December 5, 2022, in an appointment with USPO (United States Probation Officer) Dennis Gardner from Western District of Virginia, Ms. Downey admitted to using methamphetamine on December 3, 2022. Ms. Downey reported this as a random incident and indicated she did not need treatment.

On December 15, 2022, Ms. Downey submitted a urine drug screen at the United States Probation and Pretrial Services Office in the Western District of Virginia that was positive for methamphetamine. She denied use. USPO Gardner packaged the drug screen and sent it to the lab for confirmation. On December 28, 2022, USPO Dennis Gardner informed USPO Riley that the lab results returned and confirmed Ms. Downey's drug screen was positive for methamphetamine.

DOWNEY, Lisa
1:22-CR-00032

PRAYING THAT THE COURT WILL ORDER

A warrant for the arrest of the defendant and revocation of the Order Setting Condition of Release

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF THE COURT

Executed on: January 4, 2023

Considered and ordered this __4__ day of __January__ 20__23__ and ordered filed and made part of the records in the above case.

s/ Staci Riley
Staci Riley
United States Pretrial Services Officer

_____
United States District Judge / Magistrate Judge

Place: Fort Wayne, Indiana

2